### STATE ex CINCINNATI (city) v GEIGER et P U C

Ohio Appeals, 2nd Dist, Franklin Co
Decided July 28, 1930

For full opinion see 176 NE 84; 38 Oh Ap
253 (Oh Bar 6-30-31).

### INDUSTRIAL COMMISSION v HEIL

Ohio Supreme Court
No. 22622.  Decided May 6, 1931

For full opinion see 176 NE 458; 123 Oh
St 604 (Oh Bar 6-16-31).

### BENDER v CLEVELAND TRUST CO

Ohio Supreme Court
No. 22292.  Decided May 13, 1931

For full opinion see 176 NE 452; 123 On
St 588 (Oh Bar 6-16-31).

### PENNA RD CO et v P U C

### COLUMBUS & ZANESVILLE TRANSP. CO v P U C

### RED EAGLE BUS CO et v P U C

### CINCINNATI & LAKE ERIE RD CO v P U C

### PENNA GENERAL TRANSIT CO v P U C

Ohio Supreme Court
Nos 22739, 22754, 22755, 22756 and 22757.
Decided May 20, 1931

For full opinion see 123 Oh St 655 (Oh
Bar 6-30-31).